# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALGADO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:22-cv-01239-SAB<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 14) |

    Jose Luis Salgado ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

    On January 17, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). (ECF No. 14.) Pursuant to the terms of the stipulation, on remand, the Commissioner will obtain additional evidence concerning Plaintiff's impairments, including visual field testing; reevaluate the medical opinions and prior administrative medical findings, including the opinions of Bernard Zuckerman, M.D. and Vu-Dinh Minh, M.D.; reevaluate whether Plaintiff meets or equals a listing, including Listings 2.03 and 2.04; continue

the sequential evaluation process and obtain vocational expert testimony, as needed; offer Plaintiff the opportunity to attend a new hearing; take any further action needed to complete the administrative record; and issue a new decision. (Id. at 1–2.) The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Jose Luis Salgado and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **January 17, 2023**

UNITED STATES MAGISTRATE JUDGE