# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SALGADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:22-cv-01239-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF Nos. 17, 18) |

Jose Luis Salgado ("Plaintiff") filed the complaint in this action on September 28, 2022. (ECF No. 1.) On January 17, 2023, the Court remanded the action for further proceedings and entered judgment in favor of Plaintiff. (ECF Nos. 14, 15, 16.) On April 19, 2023, the parties filed a stipulation for the award of attorney fees in the amount of $800.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and no costs. (ECF Nos. 17, 18.)[1] The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///

///

///

---

[1] It appears Plaintiff mistakenly docketed the same stipulation twice, as the documents appear identical and were filed within one minute of each other. (See ECF Nos. 17, 18.)

1

1  Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties,
2 Plaintiff is awarded attorney fees under the EAJA in the amount of $800.00, and no costs.

IT IS SO ORDERED.

Dated: **April 20, 2023**

UNITED STATES MAGISTRATE JUDGE